**EXHIBIT A**

# The State of New Hampshire

THE STATE OF NEW HAMPSHIRE, Rockingham County
HAMPTON DISTRICT COURT
130 LEDGE RD.
SEABROOK, NEW HAMPSHIRE 03874
603-474-2637

Case Number  06-SC-129

## SMALL CLAIM COMPLAINT

**PLAINTIFF**

Name: Scott Blood
Street/No.: 21 Stard Rd PO Box 188
City/State: Hampton Falls NH  Zip Code 03844

The Plaintiff claims that the Defendant named below owes the Plaintiff $ 1,441.60 (Amount)
because (description of the claim): Scott Blood is asking the court that Mega Life and Health Insurance Company return money that was given 3 months in advance for Health Insurance. This policy was started in August of 2005. Scott Never recieved His cards or policy with ten day Grace period until December 05, 2005

Amount of Claim $ 1,441.60
Court Costs $ 60.00
Total $ _____

Date: 3/23/06   Plaintiff's Signature: Scott Blood

### INSTRUCTIONS

If you wish to have a hearing on this matter, you must check either Section A or Section B below, enter the date, and your signature and address at the bottom. FOLLOW THE DIRECTIONS FOR THE SECTION YOU CHOOSE.

☑ SECTION A: DISTRICT COURT HEARING BEFORE A JUDGE
If you wish to have a hearing in District Court, check this box, complete the bottom of this form, and return it to the Court Clerk by the RETURN DATE on the front of the complaint. The Court will let you know when the hearing will be held.

☐ SECTION B: SUPERIOR COURT TRIAL BY JURY
If this claim is for more that $1,500, or the title to real estate is involved you may request that the claim be transferred to the Superior Court for a jury trial. YOU MUST: (1) check this box; (2) complete the bottom of this form; (3) include $90.00 (DO NOT MAIL CASH) for the transfer fee; and (4) return the form and the $90.00 to the District Court Clerk by the RETURN DATE on the front of the complaint. If you do not include the $90.00 transfer fee, your case will be scheduled for hearing before a judge in the District Court.

Date: 4-25-06

Signature: James Matson
For: The MEGA Life and Health Insurance Co.

Address: 9151 Boulevard 26
City: N. Richland Hills   State: TX   Zip: 76180